

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FRED QUIMBY, JONATHAN QUIMBY, )
JOSHUA QUIMBY, JASON QUIMBY, )
and RHONDA McSHAN, )
)
        Plaintiffs, ) Case No. 05-312-AS
)
vs. ) ORDER
)
FRANCISCO J. YRAGUEN, and )
PATRICIA SULLIVAN, )
)
        Defendants. )

    Fred Quimby
    Jonathan Quimby
    Joshua Quimby
    Jason Quimby
    Rhonda McShan
    PMB 178 3388
    3388 B. Merlin Rd
    Grants Pass, Oregon 97526

        Plaintiffs Pro Se

Camilla E. Johnston
Department of Justice
Trial Division
Commercial & Environment Litigation
1162 Court Street
Salem, Oregon 97301

    Attorney for Defendants

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on July 7, 2005, and referred them to me on October 18, 2005. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas's Findings and Recommendation (#14).

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (#7) is granted, and Plaintiff's Complaint is dismissed with prejudice.

    Dated this 25th day of October, 2005.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge